IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAMS, | No. C-15-3872 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. / | |

Before the Court is the "Notice of Settlement," filed December 10, 2015, by defendant, in which defendant states the parties "are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal shortly with the Court." (See Notice at 2:4-5.)

In light thereof, the Court hereby CONTINUES the Case Management Conference, presently scheduled for December 11, 2015, to February 5, 2016, at 10:30 a.m.  In the event the parties have not filed a Notice of Dismissal by January 29, 2016, the parties shall, no later than January 29, 2016, file a Joint Case Management Conference Statement to apprise the Court of the status of the case.

**IT IS SO ORDERED.**

Dated: December 10, 2015

MAXINE M. CHESNEY
United States District Judge