| | |
|---|---|
| 1 | J. RUSSELL STEDMAN (SBN 117130) |
| | PETER J. FELSENFELD (SBN 260433) |
| 2 | HINSHAW & CULBERTSON LLP |
| | One California Street, 18th Floor |
| 3 | San Francisco, CA  94111 |
| | Telephone:    415-362-6000 |
| 4 | Facsimile:     415-834-9070 |

Attorneys for Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA

P. RANDALL NOAH
LAW OFFICES OF P. RANDALL NOAH
21 Orinda Way, Suite C, #316
Orinda, CA  94563
Telephone:    925-253-5540
Facsimile:     925-253-5542

Attorneys for Plaintiff JOHN WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAMS, | Case No. 3:15-cv-03872-MMC |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Complaint Filed:  August 25, 2015 |
| Defendant. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their designated counsel, that the above-captioned action is voluntarily dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to bear their own attorney's fees and costs.

Dated: January 6, 2016                    HINSHAW & CULBERTSON LLP

                                          By: /s/ J. Russell Stedman
                                              J. RUSSELL STEDMAN
                                              Attorneys for Defendant LIFE INSURANCE
                                              COMPANY OF NORTH AMERICA

Dated: January 6, 2016                    LAW OFFICES OF P. RANDALL NOAH

                                          By: /s/ *P. Randall Noah*
                                              P. RANDALL NOAH
                                              Attorneys for Plaintiff JOHN WILLIAMS

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of P. Randall Noah, Esq., counsel for Plaintiff John Williams, for the filing of this stipulation.

                                          */s/ J. Russell Stedman*
                                          J. RUSSELL STEDMAN

IT IS SO ORDERED

*[signature]*                             Dated: January 7, 2015
MAXINE M. CHESNEY
U.S. District Judge